✓ FILED         ___ RECEIVED
___ ENTERED     ___ SERVED ON
            COUNSEL/PARTIES OF RECORD

FEB 22 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>BEVEN DUKE,                        )<br>                                   )<br>            Defendant.             ) | 2:10-CR-500-JCM (PAL) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 22, 2011, defendant BEVEN DUKE pled guilty to Count One of a Three-Count Criminal Indictment charging him with Felon in Possession of Ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant BEVEN DUKE agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant BEVEN DUKE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c);

        (a)    a 38 special revolver, serial number 610865; and

        (b)    any and all ammunition. ("property").

. . .

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  BEVEN DUKE in the aforementioned property is forfeited and is vested in the United States of
7  America and shall be safely held by the United States of America until further order of the Court.
8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12  the name and contact information for the government attorney to be served with the petition, pursuant
13  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
15  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
16  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18  following address at the time of filing:
19  Michael A. Humphreys
   Assistant United States Attorney
20  Daniel D. Hollingsworth
   Assistant United States Attorney
21  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
22  Las Vegas, Nevada 89101.
23  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
24  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
25  . . .
26  . . .

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 22nd day of Feb., 2011.

UNITED STATES DISTRICT JUDGE