DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336 (phone)
(702) 388-6418 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
          Plaintiff, )
          v. )   2:10-CR-500-JCM (PAL)
BEVEN DUKE, )
          Defendant. )

### FINAL ORDER OF FORFEITURE

On February 23, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant BEVEN DUKE to a criminal offense, forfeiting specific property alleged in the Indictment, agreed to in the Plea Memorandum, and shown by the United States to have a requisite nexus to the offense to which defendant BEVEN DUKE pled guilty. Docket #1 and 25.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on March 28, 2011, via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 26, 2011 through to March 27, 2011, notifying all known third parties of their right to petition the Court. Docket #26.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) a 38 special revolver, serial number 610865; and

b) any and all ammunition. ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 26th day of May, 2011.

UNITED STATES DISTRICT JUDGE