DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00500-JCM-PAL |
| Plaintiff, | **Stipulation to Continue Revocation Hearing** |
| vs. | |
| BEVEN DUKE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between DANIEL G. BOGDEN, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, counsel for the United States of America, and REBECCA LEVY, Assistant Federal Public Defender, counsel for defendant BEVEN DUKE, that the hearing on the defendant's supervised release violation in the above-captioned matter, currently scheduled for August 10, 2015, at 11:30 am, be vacated and continued for seven (7) days, to a date and time to be set by this Honorable Court.

This stipulation is entered into for the following reasons:

1. The Counsel for the Government will be out of the District during the current setting.

2. Defendant's Probation Officer will also be out of the District.

3. The parties agree to the brief continuance.

4. The defendant is incarcerated and does not object to the continuance.

1

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but allow availability of Government counsel and the Defendant's Probation Officer.

DATED this 6th day of August, 2015.

Respectfully submitted,  
DANIEL G. BOGDEN  
United States Attorney

_____//s//_____  
REBECCA LEVY, ESQ.  
Assistant Federal Public Defender  
BEVEN DUKE

_____//s//_____  
CRISTINA D. SILVA  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-00500-JCM-PAL |
| )  | |
| Plaintiff, | ) **ORDER** |
| ) | |
| vs. | ) |
| ) | |
| BEVEN DUKE, | ) |
| ) | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

3. The Counsel for the Government will be out of the District during the current setting.

4. Defendant's Probation Officer will also be out of the District.

3. The parties agree to the brief continuance.

4. The defendant is incarcerated and does not object to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested herein is not sought for purposes of delay, but allow availability of Government counsel and the Defendant's Probation Officer.

7. This is the <u>first</u> request to continue the hearing regarding revocation of supervised release date filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the revocation hearing.

…

…

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the Government sufficient time and the opportunity within which to be available for the hearing, as well as to effectively and thoroughly prepare for the hearing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED that the supervised release revocation hearing currently scheduled for August 10, 2015, at the hour of 11:00 am, be vacated and continued to  August 18, 2015  at the hour of  10:30  am.

DATED August 7, 2015.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE